# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

JEFFREY A. WOGENSTAHL,

           Petitioner,    :    Case No. 1:17-cv-298

  - vs -                        District Judge Thomas M. Rose
                                        Magistrate Judge Michael R. Merz

CHARLOTTE JENKINS, Warden,
  Chillicothe Correctional Institution,
                                    :

           Respondent.

# ORDER TO FILE RECORD

On September 13, 2018, this Court entered its Order Staying Proceedings Pending State Court Litigation (ECF No. 34). The last paragraph of that Order reads:

> In order to ensure that the record needed for this litigation remains available, Respondent's counsel shall file in this case, in the electronic format being used for state court records in all habeas cases in this Court, the state court record that was before the Court in the prior habeas case.

*Id.* at PageID 1456.

According to the docket, that filing has not yet occurred. Respondent's counsel is directed to complete that filing not later than February 15, 2019.

January 24, 2019.

                                                                 s/ *Michael R. Merz*
                                                         United States Magistrate Judge