# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JEFFREY A. WOGENSTAHL | ) | |
| Petitioner, | ) | Case No. 1:17-cv-00298 |
| vs. | ) | JUDGE THOMAS M. ROSE |
| CHARLOTTE JENKINS, Warden | ) | |
| Respondent. | ) | MAGISTRATE MICHAEL R. MERZ |

## JEFFREY A. WOGENSTAHL'S JOINT STATUS REPORT

On September 13, 2018, this Court ordered all proceedings in this Court stayed pending exhaustion of Wogenstahl's successive post-conviction proceedings.  On that same date, this Court ordered that the parties to this litigation file a joint status report every ninety days. Doc. 34. Therefore, Wogenstahl now files this status report to comply with that order. Wogenstahl, through counsel, has contacted the Warden's counsel, Brenda Leikala. Attorney Leikala indicated via email that this represents a joint status report on behalf of the parties.

As of today's, date, the only litigation pending in the Ohio state courts is pending in the Court of Common Please before Judge Christian A. Jenkins in the Hamilton County Court of Common Pleas. *See* Hamilton Court of Common Pleas Case No. B 9206287. This litigation includes Wogenstahl's successive postconviction petition and amendments and a Motion for Leave to File a Motion for New Trial and Motion for New Trial.

Respectfully submitted,

Office of the Ohio Public Defender

*/s/ Kimberly S. Rigby*
KIMBERLY S. RIGBY [0078245]

Managing Counsel, Death Penalty Dept.
*Kimberly.Rigby@opd.ohio.gov*
250 East Broad St., Suite 1400
Columbus, Ohio 43215
(614) 466-5394
(614) 644-0708 (Fax)

and

ANDREW P. AVELLANO [0062907]
Attorney At Law
4200 Regent Street
Suite 200
Columbus, Ohio 43219
614-237-8050 (Phone)
*andy@drewavo.com*

Counsel for Jeffrey A. Wogenstahl

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, a copy of the foregoing was forwarded to all parties via the courts electronic system.

*/s/ Kimberly S. Rigby*
KIMBERLY S. RIGBY [0078245]
Managing Counsel, Death Penalty Dept.

Counsel for Jeffrey A. Wogenstahl