# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

JEFFREY A. WOGENSTAHL,

      Petitioner,  :  Case No. 1:17-cv-298

                                      District Judge Thomas M. Rose
- vs -                                  Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional Institution,

      Respondent.  :

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 72) to the Magistrate Judge's Supplemental Report and Recommendations (ECF No. 71).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a second supplemental report analyzing the Objections and making recommendations based on that analysis.

October 18, 2023                                                s/Thomas M. Rose
                                                                         Thomas M. Rose
                                                                          United States District Judge